Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 20–21882–RG
Chapter: 7
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Russell C. Goodwin
dba Goodwin Appraisals LLC
93 Hillside Road
Chester, NJ 07930

Laura A. Goodwin
93 Hillside Road
Chester, NJ 07930

Social Security No.:
  xxx–xx–0225                              xxx–xx–2206

Employer's Tax I.D. No.:
  57–1161686

**FINAL DECREE**

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Benjamin A. Stanziale Jr. is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: January 20, 2021          Rosemary Gambardella
                                 Judge, United States Bankruptcy Court