**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Russell C. Goodwin | Social Security number or ITIN    xxx–xx–0225 |
| | First Name   Middle Name   Last Name | EIN   57–1161686 |
| Debtor 2 (Spouse, if filing) | Laura A. Goodwin | Social Security number or ITIN    xxx–xx–2206 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 20–21882–RG | |

# Order of Discharge    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Russell C. Goodwin  
dba Goodwin Appraisals LLC

Laura A. Goodwin

1/20/21

**By the court:**   <u>Rosemary Gambardella</u>  
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                        Case No. 20-21882-RG
Russell C. Goodwin                                                                              Chapter 7
Laura A. Goodwin
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2                        User: admin                         Page 1 of 3
Date Rcvd: Jan 20, 2021              Form ID: 318                    Total Noticed: 51

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 22, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Russell C. Goodwin, Laura A. Goodwin, 93 Hillside Road, Chester, NJ 07930-2115 |
| 518996381 | | Best Egg, P.O. Box 3999, Saint Joseph, MO 64503-0999 |
| 518996382 | + | Best Egg, 4315 Pickett Road, Saint Joseph, MO 64503-1600 |
| 518996383 | + | Best Egg/SST, 4315 Pickett Road, Saint Joseph, MO 64503-1600 |
| 518996384 | + | Bread, 156 Fifth Avenue, New York, NY 10010-7002 |
| 518996387 | + | CKS Prime Investments, P.O. Box 2856, Chesapeake, VA 23327-2856 |
| 518996388 | + | CKS Prime Investments, 595 Market Street, Suite 200, San Francisco, CA 94105-2802 |
| 518996391 | + | Convergent Commercial, Inc., 925 Westchester Avenue, Suite 101, White Plains, NY 10604-3562 |
| 518996392 | + | Craig T. Faye, Esq., Stenger & Stenger, P.C., 2618 East Paris Avenue SE, Grand Rapids, MI 49546-2458 |
| 518996395 | + | Cross River Bank, 885 Teaneck Road, Teaneck, NJ 07666-4547 |
| 518996401 | + | GS Bank USA, P.O. Box 45400, Salt Lake City, UT 84145-0400 |
| 518996403 | + | Jeffrey Lubin, Esq., Tenaglia & Hunt, P.A., 395 West Passaic Street, Suite 205, Rochelle Park, NJ 07662-3016 |
| 518996404 | + | Joshua T. McNamara, Esq., Hayt, Hayt & Landau, LLC, Two Industrial Way West, Eatontown, NJ 07724-2279 |
| 518996407 | | LVNV Funding LLC, Resurgent Capital Services, Greenville, SC 29602 |
| 518996408 | + | New Res/Shellpoint Mtg, 55 Beattie Place, Greenville, SC 29601-2165 |
| 518996414 | + | SRA Associates, 112 West Park Drive, Suite 200, Mount Laurel, NJ 08054-1261 |
| 518996415 | | State of New Jersey Division of Taxation, Revenue Processing Center - Payments, PO Box 111, Trenton, NJ 08645-0111 |
| 518996416 | + | Summit Medical Group, P.O. Box 14099, Belfast, ME 04915-4034 |
| 518996420 | + | TBOM/Atls/Fortiva, P.O. Box 105555, Atlanta, GA 30348-5555 |
| 518996422 | + | United Collection Bureau, Inc., 5620 Southwyck Boulevard, Suite 206, Toledo, OH 43614-1501 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 20 2021 23:01:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 20 2021 23:01:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: RMSC.COM | Jan 21 2021 02:18:00 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 518996378 | | Email/Text: Bankruptcy@absoluteresolutions.com | Jan 20 2021 22:59:00 | Absolute Resolutions Investments, LLC, 8000 Norman Center Drive, Suite 350, Bloomington, MN 55437 |
| 518996379 | | EDI: BANKAMER.COM | Jan 21 2021 02:18:00 | Bank of America, P.O. Box 982238, El Paso, TX 79998 |
| 518996380 | + | EDI: TSYS2.COM | Jan 21 2021 02:18:00 | Barclays Bank Delaware, P.O. Box 8803, Wilmington, DE 19899-8803 |
| 518996393 | + | Email/Text: customercareus@creditcorpsolutionsinc.com | Jan 20 2021 22:59:00 | Credit Corp Solutions, Inc., 121 W. Election Road, Suite 200, Draper, UT 84020 |
| 518996385 | + | EDI: CAPITALONE.COM | | |

Case 20-21882-RG    Doc 16    Filed 01/22/21    Entered 01/23/21 00:22:28    Desc Imaged
                              Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 20, 2021 | Form ID: 318 | Total Noticed: 51 |

| | | | |
|---|---|---|---|
| | | Jan 21 2021 02:18:00 | Capital One Bank USA, N.A., P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 518996386 | + EDI: CITICORP.COM | Jan 21 2021 02:18:00 | Citibank, N.A., Attn: Centralized Bankruptcy, P.O. Box 790040, Saint Louis, MO 63179-0040 |
| 518996389 | + EDI: WFNNB.COM | Jan 21 2021 02:18:00 | Comenity CB/BJsClub, P.O. Box 182120, Columbus, OH 43218-2120 |
| 518996390 | + EDI: WFNNB.COM | Jan 21 2021 02:18:00 | Comenity CB/Game Stop, P.O. Box 182120, Columbus, OH 43218-2120 |
| 518996394 | + EDI: CRFRSTNA.COM | Jan 21 2021 02:18:00 | Credit First N.A., P.O. Box 81315, Cleveland, OH 44181-0315 |
| 518996396 | + EDI: DISCOVER.COM | Jan 21 2021 02:18:00 | Discover Fin Svcs LLC, P.O. Box 15316, Wilmington, DE 19850-5316 |
| 518996398 | + Email/Text: bknotice@ercbpo.com | Jan 20 2021 23:01:00 | ERC, P.O. Box 57610, Jacksonville, FL 32241-7610 |
| 518996399 | + EDI: FSAE.COM | Jan 21 2021 02:23:00 | Firstsource Advantage, LLC, 205 Bryant Woods South, Amherst, NY 14228-3609 |
| 518996400 | + EDI: CITICORP.COM | Jan 21 2021 02:18:00 | Goodyear/CBNA, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 518996402 | EDI: IRS.COM | Jan 21 2021 02:18:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518996405 | EDI: JPMORGANCHASE | Jan 21 2021 02:18:00 | JP Morgan Chase Bank Card, P.O. Box 15369, Wilmington, DE 19850 |
| 518996406 | + Email/Text: PBNCNotifications@peritusservices.com | Jan 20 2021 22:59:00 | Kohls/Capital One, P.O. Box 3115, Milwaukee, WI 53201-3115 |
| 518996409 | Email/Text: Bankruptcy.Notices@pnc.com | Jan 20 2021 23:00:00 | PNC Bank, N.A., P.O. Box 3180, Pittsburgh, PA 15230 |
| 518996410 | EDI: DRIV.COM | Jan 21 2021 02:23:00 | Santander Bank, N.A., PO Box 660633, Dallas, TX 75266-0633 |
| 518996411 | + EDI: CITICORP.COM | Jan 21 2021 02:18:00 | Shell/CBNA, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 518996412 | + Email/PDF: resurgentbknotifications@resurgent.com | Jan 20 2021 22:51:49 | Sherman Originator III LLC, c/o Resurgent Capital Services LP, 55 Beattie Place, Suite 110, Greenville, SC 29601-5115 |
| 518996413 | + Email/Text: clientservices@simonsagency.com | Jan 20 2021 23:02:00 | Simons Agency Inc., 4963 Wintersweet Drive, Liverpool, NY 13088-2176 |
| 518996417 | + EDI: RMSC.COM | Jan 21 2021 02:18:00 | Syncb/Amazon, P.O. Box 965015, Orlando, FL 32896-5015 |
| 518996418 | + EDI: RMSC.COM | Jan 21 2021 02:18:00 | Syncb/PC Richard, P.O. Box 965036, Orlando, FL 32896-5036 |
| 518996419 | + EDI: RMSC.COM | Jan 21 2021 02:18:00 | Syncb/TJMaxx Cos DC, P.O. Box 965015, Orlando, FL 32896-5015 |
| 518997645 | + EDI: RMSC.COM | Jan 21 2021 02:18:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518996421 | + EDI: CITICORP.COM | Jan 21 2021 02:18:00 | The Home Depot/CBNA, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 518996397 | EDI: USBANKARS.COM | Jan 21 2021 02:23:00 | Elan Financial Service, P.O. Box 790084, Saint Louis, MO 63179 |
| 518996423 | + EDI: BLUESTEM | Jan 21 2021 02:23:00 | Webbank, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

TOTAL: 31

Case 20-21882-RG    Doc 16    Filed 01/22/21    Entered 01/23/21 00:22:28    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 20, 2021 | Form ID: 318 | Total Noticed: 51 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 22, 2021                    Signature:         /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 20, 2021 at the address(es) listed below:

**Name**              **Email Address**

Benjamin A. Stanziale, Jr.
                      on behalf of Trustee Benjamin A. Stanziale  Jr. trustee@stanzialelaw.com, nj45@ecfcbis.com

Benjamin A. Stanziale, Jr.
                      trustee@stanzialelaw.com  nj45@ecfcbis.com

Denise E. Carlon
                      on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Karina Pia Lucid
                      on behalf of Joint Debtor Laura A. Goodwin klucid@karinalucidlaw.com R43327@notify.bestcase.com;admin@karinalucidlaw.com

Karina Pia Lucid
                      on behalf of Debtor Russell C. Goodwin klucid@karinalucidlaw.com  R43327@notify.bestcase.com;admin@karinalucidlaw.com

U.S. Trustee
                      USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6